TDCJ Offender Details



# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04102396 |
| **TDCJ Number:** | 01546714 |
| **Name:** | VALIER,NKRUMAH LAMUNBA |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1970-02-11 |
| **Maximum Sentence Date:** | 2046-10-02 |
| **Current Facility:** | ALLRED |
| **Projected Release Date:** | 2046-10-02 |
| **Parole Eligibility Date:** | 2026-10-02 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:** Offender is not scheduled for release at this time.

**Scheduled Release Type:** Will be determined when release date is scheduled.

**Scheduled Release Location:** Will be determined when release date is scheduled.

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2005-03-23 | SEXUAL ASLT | 2006-09-11 | HARRIS | 1030025 | 2-00-00 |